**September 28, 2010**

Tatro v. Cascades Boxboard Group Connecticut, LLC, No. 3:09-CV-1275 (RNC)

Re: Motion to Compel Arbitration and to Stay or Dismiss Complaint

The motion to compel arbitration and to stay or dismiss the complaint (doc. 11) is denied because defendant has not established that the collective bargaining agreement contains a clear and unmistakable agreement to arbitrate statutory claims arising under the Americans with Disabilities Act and the Family Medical Leave Act.  So ordered.

                                          /s/ RNC
                              Robert N. Chatigny, U.S.D.J.